19TH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE
STATE OF LOUISIANA

STEVEN W. YOUNG AND LATRICE ROBINSON    DOCKET NO.: C-689746

V.

THE CITY OF BATON ROUGE,    SECTION: "25"
CHIEF MURPHY PAUL,
JOHN DOE OFFICER 1, JOHN DOE
OFFICER 2, XYZ INSURANCE
COMPANY

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  The Honorable Wilson Fields                Steven W. Young and Latrice Robinson
     Division O, 19th JDC                    Through their counsel of record
     Courtroom 7A                               Ronald S. Haley, Jr.
     300 North Boulevard                        8211 Goodwood Boulevard, Suite E
     Baton Rouge, Louisiana 70802               Baton Rouge, Louisiana 70806

**PLEASE TAKE NOTICE**, that on the 23rd day of December, 2019, Defendant, City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), filed a Notice of Removal of the above-entitled cause from the 19th Judicial District Court in and for the Parish of East Baton Rouge, State of Louisiana, to the United States District Court for the Middle District of Louisiana, a copy of which is attached hereto.

RESPECTFULLY SUBMITTED:
ANDERSON O. "ANDY" DOTSON, III
PARISH ATTORNEY

_____
Jeffrey G. Rice (#23271)
**Sr. Special Assistant Parish Attorney**
Michael P. Schillage (#35554)
**Assistant Parish Attorney**
222 St. Louis Street, Suite 902
Baton Rouge, Louisiana 70802
Telephone:  (225) 389-3114
Facsimile:  (225) 389-8736
Email:      jrice@brla.gov
            mschillage@brla.gov
*Attorneys for the City of Baton Rouge/*
*Parish of East Baton Rouge*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Certificate, List of All Documents Included in State Court Record, and List of All Counsel of Record have this day been sent by facsimile, electronic mail, hand-delivery, and/or U.S. Mail, postage prepaid, to counsel of record as follows:

Ronald S. Haley, Jr.
8211 Goodwood Boulevard, Suite E
Baton Rouge, Louisiana 70806
Facsimile: (888) 900-9771
Email: rhaley@ronaldhaleylawfirm.com

Dedrick A. Moore
4962 Florida Boulevard
Baton Rouge, Louisiana 70806
Facsimile: (225) 412-0414

Baton Rouge, Louisiana, this 23rd day of December, 2019.

_____
MICHAEL P. SCHILLAGE