**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **STEVEN W. YOUNG AND LATRICE ROBINSON** | **CIVIL ACTION** |
| **VERSUS** | |
| **THE CITY OF BATON ROUGE, CHIEF MURPHY PAUL, JOHN DOE OFFICER 1, JOHN DOE OFFICER 2, XYZ INSURANCE COMPANY** | **NO. 19-886-JWD-RLB** |

**ORDER**

Considering the Motion for Stay of Proceedings:

**IT IS HEREBY ORDERED** that the City/Parish's Motion to Stay Proceedings is **GRANTED** temporarily staying and administratively closing this proceeding pending the resolution of the related criminal proceeding**.**

This order shall not be considered a dismissal or disposition of this matter and once the criminal charges have been resolved, the parties are directed to file a written motion to reopen this matter.

Signed in Baton Rouge, Louisiana, on February 13, 2020.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**