UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**STEVEN W. YOUNG, ET AL**                    **CIVIL ACTION**

**V.**

**CITY OF BATON ROUGE, ET AL**                **NO. 19-886-JWD-SDJ**

### CONSENT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

**NOW INTO COURT,** through undersigned counsel, comes defendant, the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish") and Chief Thomas Morse, Jr., who respectfully move this Honorable Court for an Order granting an extension of time of thirty (30) days to file responsive pleadings for good cause as stated below:

1.

On June 11, 2024, Plaintiff, Steven Young, filed a Motion for Leave to File First Amended Complaint. Rec. Doc. 16.

2.

On June 13, 2024, the Court granted leave for same. Rec. Doc. 17.

3.

On June 14, 2024, Plaintiffs' First Amended Complaint was filed. Rec. Doc. 18.

4.

The facts and circumstances of two distinct arrest events involving Steven Young as alleged within the First Amended Complaint encompass different known and unknown individuals, more comprehensive and expansive information in contrast to that contained within the original petition filed in state court prior to removal. (I.e., thirteen pages within original petition expanded to forty-five pages within the amended complaint).

5.

Undersigned requires more time to review the pleadings related to Plaintiff's more recent (2023) interaction with police made the subject herein to more adequately understand how the two arrest events roughly five years apart can be related, if at all.

6.

Accordingly, the defendants respectfully request an extension of time of thirty (30) days[1] to respond to the First Amended Complaint.

7.

Undersigned has communicated this information to counsel for all parties, and there is no objection to this request for an extension of time under the circumstances.

8.

No prejudice or undue delay would befall any party in the granting of this motion.

**WHEREFORE**, mover prays this Honorable Court grant the request for an extension of time until July 29, 2024 to file their responsive pleading for good cause shown.

        RESPECTFULLY SUBMITTED:
        A. GREGORY ROME
        PARISH ATTORNEY

BY: /s/ Michael P. Schillage
        **Michael P. Schillage (#35554)**
        **Sr. Special Assistant Parish Attorney**
        222 St. Louis Street, 9th Floor
        Baton Rouge, Louisiana 70802
        Telephone: (225) 389-3114
        Facsimile: (225) 389-8736
        E-mail: mschillage@brla.gov
        *Attorney for defendants, City of Baton Rouge/Parish of East Baton Rouge and Chief Thomas Morse, Jr.*

---

[1] Thirty days from tomorrow is Sunday, July 28, 2024. Accordingly, the City/Parish requests until the following Monday, July 29, 2024.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 27th day of June, 2024.

        **/s/ Michael P. Schillage**
        **MICHAEL P. SCHILLAGE**