| ☒ State of Louisiana | No. _____, Sec. _____ |
| ☐ City of Baton Rouge | ☒ : 19th Judicial District Court |
| | ☐ : Baton Rouge City Court |
| **VERSUS** | : Parish of East Baton Rouge |
| | : State of Louisiana |

Steven Wayne Young
(Name of Defendant)

# Affidavit of Probable Cause

Before me personally appeared the undersigned law enforcement officer(s) who deposed that the following recited facts are true and correct to the best of his knowledge, information and belief, and that based upon these facts, he caused the arrest of the following listed defendant(s) for the listed offense(s).

98175-18
BRPD File No.

| Steven Wayne Young | B | M | _____1976 |
|---|---|---|---|
| Defendant's Name | Race | Sex | Date of Birth |

4911 Winnebago St - Baton Rouge, LA - 70805
Address

Social Security Number

| Poss Marijuana | 40:966E |
| ill Carry / Firearm | 14:95 |
| Resisting an Ofc w/ Force/ Violence | 14:108.2 |
| ill poss firearm / conv. felon | 14:95.1 |
| Charge(s) | Statute/City Code Number |

EBR4916730

**Synopsis of Probable Cause:**
Affiant advises that on 24 Oct 2018 at approximately 1452 hrs Steven Wayne Young, herein referred to as defendant, did knowingly and willingly violate the above listed statutes at 11445 Bard Ave. Affiant notes that the location listed is within the city limits of Baton Rouge, La.
At the date, time and location noted above Affiant was conducting patrol when the defendant was observed seated atop a motor cycle with one marijuana cigarette positioned within his mouth. At this time officers made contact in order to further investigate the matter. Upon observing the presence of uniformed officers, the defendant passed the marijuana cigarette to the co-defendant who attemptd to conceal the drug. After closing distance, the defendant attempted to flee on the motor cycle by pulling forward quickly. Affiant then attempted to restrain the defendant who immediately exited the motorcycle and began to flee. As contact was made the defendant pulled away, fell to the ground and attempted to flee again. Officers attempted to tase the defendant. This proved to be ineffective. The defendant then physically fought with officers for several minutes while punching, biting and kicking. Numerous verbal commands were issued and ignored by the defendant. The defendant actively fought with officers for several minutes until additional officers arrived to support. Upon securing the defendant, officers observed him to be concealing one .40 cal Hi-Point semi-automatic pistol underneath his pants. This weapon was found to be loaded with one round chambered.

P10343
Affiant

Sworn to and subscribed before me this 24th day of October, 2018.

_____
Notary Public  #136627

BRPD08

Officers additionally ascertained that the defendant was a convicted felon. At this time the defendant was placed under arrest, and subsequently booked into the East Baton Rouge Parish Prison under the above listed statutes.
Nothing further noted.

_____ P10343
Affiant

Sworn to and subscribed before me this 24th day of October, 2018.

_____
Ronald W. Norman          #136627
Notary Public

BRPD08