## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN W. YOUNG and LATRICE ROBINSON** | **CIVIL ACTION NO. 3:19-CV-00886** |
| **VERSUS** | |
| | **JUDGE JOHN W. DEGRAVELLES** |
| **CITY OF BATON ROUGE, CHIEF THOMAS MORSE, JR., RONALD NORMAN, JR. FREDERICK THORNTON, JR., BRETT USEY, DAVID KENNEDY, JOSEPH CARBONI, JAMES THOMAS, JR., DOE OFFICERS 1-20, and ABC INSURANCE COMPANIES 1-10** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

## MOTION FOR LEAVE TO FILE VIDEO EXHIBITS CONVENTIONALLY

**NOW INTO COURT,** through undersigned counsel, come Defendants, Brett Usey, David Kennedy, and Ronald Norman, Jr., who respectfully move this Honorable Court for leave to file video files conventionally.

1.

These Defendants intend to file motions to dismiss in this proceeding. These Defendants wish to attach to their motions video files depicting the October 24, 2018 and August 4, 2023 arrests at issue in this lawsuit (which were previously attached to a motion to dismiss filed by the City of Baton Rouge as Exhibits A1, A2, C1, and C2[1]). However, this Court's electronic filing system only permits the filling of Portable Document Format (.pdf) files. Accordingly, Defendants Usey, Kennedy, and Norman bring this motion for leave to conventionally file the exhibits.

---

[1] *See* R.Docs. 24-3, 24-4, 24-6, and 24-7. Defendant Usey's *Motion to Dismiss* only cites the August 4, 2023 video that was attached to the City's motion as Exhibit C1 (R.Doc. 24-6).

2.

Undersigned counsel has contacted counsel for all parties in order to determine whether there is any opposition to this motion but has not yet received a response.[2]

**WHEREFORE**, Defendants David Kennedy, Brett Usey, and Ronald Norman, Jr. move this Honorable Court for leave to file the video footage depicting the October 24, 2018 and August 4, 2023 arrests at issue in this lawsuit as exhibits to their respective motions to dismiss by conventional means.

---

[2] To clarify, undersigned counsel initially prepared this motion with respect to only one (1) of the four (4) exhibits. Counsel for Plaintiff Steven Young and all Defendants responded at that time that they had no opposition to the motion. However, once undersigned counsel decided to include the remaining videos in this motion, they sent another email to all counsel asking for the parties' positions on the motion. Undersigned counsel has not received a response to that second email. Undersigned counsel has not yet received any response at all from counsel for Plaintiff Latrice Robinson.

5265706.v1

Respectfully submitted,

/s/ H. Bradford Calvit
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
P: 318-767-3133   F: 318/767-9588
JOHN D. RYLAND (#20355)
jryland@provosty.com
P: 318-767-3177   F: 318/767-9588
ELI J. MEAUX (#33981)
emeaux@provosty.com
P: 318-767-3118   F: 318/767-9588
4615 Parliament Dr., Suite 200 (71303)
P.O. Box 13530
Alexandria, LA 71315-3530
*Attorneys for Defendant, David Kennedy*

 /s/ Robert Moseley Schmidt_____
Stephen R. Whalen (La. Bar Roll No. 24701)
Robert Moseley Schmidt (La. Bar Roll No. 37934)
**BREAZEALE, SACHSE & WILSON, L.L.P.**
301 Main Street, Suite 2300
Baton Rouge, Louisiana 70801
Telephone: 225/387-4000
Facsimile:  225/410-6495
Email: stephen.whalen@bswllp.com
           robert.schmidt@bswllp.com
*Counsel for Defendant, Brett Usey*

/s/ Catherine G. Schroeder
Paul E. Harrison (#24447)
pharrison@phdrlaw.com
C. deShea Richardson (#26487)
drichardson@phdrlaw.com
Catherine G. Schroeder (#39449)
cschroeder@phdrlaw.com
532 Girod Street
Mandeville, Louisiana 70448
Telephone: (985) 727-7348
Facsimile: (985) 624-8145
*Attorneys for Ronald Norman, Jr.*

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on the 28th day of April 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and has been served via electronic filing notification and/or email on all counsel of record. I **FURTHER CERTIFY** that the video files that are the subject of the foregoing motion have been served upon counsel for all parties electronically (via email with a download link).

 /s/  Robert Moseley Schmidt____
Robert Moseley Schmidt

5265706.v1