UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN W. YOUNG and LATRICE ROBINSON** | **CIVIL ACTION** |
| | **NO. 19-886-JWD-SDJ** |
| **VERSUS** | |
| | **JUDGE JOHN W. DEGRAVELLES** |
| **CITY OF BATON ROUGE, CHIEF THOMAS MORSE, JR., RONALD NORMAN, JR. FREDERICK THORNTON, JR., BRETT USEY, DAVID KENNEDY, JOSEPH CARBONI, JAMES THOMAS, JR., DOE OFFICERS 1-20, and ABC INSURANCE COMPANIES 1-10** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

## ORDER

**HAVING CONSIDERED** the foregoing *Motion for Leave to File Video Exhibits Conventionally*;

**IT IS ORDERED** that Defendants' *Motion* is **GRANTED**, and that David Kennedy, Brett Usey, and Ronald Norman, Jr. are hereby given leave to file the October 24, 2019 and August 4, 2023 video files (which were previously attached to the City of Baton Rouge's *Motion to Dismiss* on July 29, 2024 – *see* R.Docs. 24-3, 24-4, 24-6, and 24-7) by conventional means as attachments to their respective motions to dismiss. In addition, **within 5 days of the date of this order**, counsel is required to upload the video files into JERS using the Courts Electronic Evidence Online submission tool through CM/ECF. The instructions for using evidence online submission can be found by using the following link to JERS web page: http://www.lamd.uscourts.gov/JERS.

Baton Rouge, Louisiana, this 29th day of April, 2025.

_____
HONORABLE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

5265720.v1