UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

| | |
|---|---|
| **STEVEN W. YOUNG, ET AL** | **CIVIL ACTION NO: 3:19-cv-00886-JWD-SDJ** |
| **VERSUS** | **JUDGE JOHN W. deGRAVELLES** |
| **CITY OF BATON ROUGE, ET AL** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

<u>**UNOPPOSED MOTION TO CONTINUE**</u>

NOW INTO COURT, through undersigned counsel, comes Defendant, DAVID KENNEDY, who respectfully requests that the deadline for the filing of a Status Report for June 26, 2025 and the Scheduling Conference of July 10, 2025, be continued without date after considering the following:

1.

On April 28, 2025, Officers Brett Usey, Joseph Carboni, David Kennedy, and Ronald Norman filed their respective pending Rule 12(b) motions, which invoke the defense of qualified immunity. [Doc. 71, 74, 76 and 77].

2.

On May 8, 2025, an Unopposed Motion to Stay Discovery was filed by Joseph Carboni, the City of Baton Rouge, Thomas Morse, Jr., Brett Usey, Ronald Norman, and James Thomas, Jr. [Doc. 89]. Kennedy did not join in the Unopposed Motion to Stay but the substance of that Motion is adopted herein in full by Kennedy and, to the extent allowed, he now joins that Motion.

3.

At the time of this filing the Unopposed Motion to Stay Discovery has not been ruled upon.

4.

Undersigned has contacted counsel for Plaintiff, Steven Young, who has no objection to the

1

deadline for the filing of a Status Report, June 26, 2025, and the Scheduling Conference, July 10, 2025, be continued without date. Counsel for Defendants, the City of Baton Rouge, Thomas Morse, Jr., Ronald Norman, Jr., Frederick Thornton, Jr., Brett Usey, Joseph Carboni and James Thomas, Jr., also have no objection. Consent from counsel for Plaintiff, Latrice Robinson, has been sought but not yet obtained.

WHEREFORE, Kennedy respectfully prays that this motion be granted and that the deadline for the filing of a Status Report, June 26, 2025, and the Scheduling Conference, July 10, 2025, be continued without date.

Respectfully Submitted:

**PROVOSTY, SADLER & deLAUNAY, APC**

By: /s/ H. Bradford Calvit
H. BRADFORD CALVIT (#18158)
bcalvit@provosty.com
P: 318-767-3133     F: 318/767-9588
JOHN D. RYLAND (#20355)
jryland@provosty.com
P: 318-767-3177     F: 318/767-9588
ELI J. MEAUX (#33981)
emeaux@provosty.com
P: 318-767-3118     F: 318/767-9588
4615 Parliament Dr., Suite 200 (71303)
P.O. Box 13530
Alexandria, LA 71315-3530
ATTORNEYS FOR DEFENDANT,
DAVID KENNEDY

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 25th day of June, 2025, I electronically filed the UNOPPOSED MOTION TO CONTINUE with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| David Lanser | david.lanser@gmail.com |
| William Most | williammost@gmail.com |
| Dedrick Moore | dmoore@lawofficeofdedrickamoore.com |
| Jeffrey Greer Rice | jrice@brla.gov |
| Theresa Dorcelus | tdorcelus@brla.gov |
| Michael Schillage | mschillage@brla.gov |
| Catherine G. Schroeder | cschroeder@phdrlaw.com |
| Paul E. Harrison | pharrison@phdrlaw.com |
| C. DeShea Richardson | crichardson@phdrlaw.com |
| Stephen Davis Marx | sdm@chehardy.com |
| Daniel H. Edwards | dedwards@chehardy.com |
| Robert Moseley Schmidt | robert.schmidt@bswllp.com |
| Stephen R. Whalen | stephen.whalen@bswllp.com |
| Brandon K. Kershaw | kylekershaw@bellsouth.net |
| Randy B. Ligh | randy@roperligh.com |

      I further certify that I have forwarded the foregoing document via facsimile and/or first-class mail and/or CMRRR to the following non-CM/ECF participants:

                                            /s/ H. Bradford Calvit
                                               OF COUNSEL