**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**BATON ROUGE DIVISION**

| | |
|---|---|
| **STEVEN W. YOUNG, ET AL** | **CIVIL ACTION NO: 3:19-cv-00886-JWD-SDJ** |
| **VERSUS** | **JUDGE JOHN W. deGRAVELLES** |
| **CITY OF BATON ROUGE, ET AL** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

**ORDER**

CONSIDERING the foregoing Unopposed Motion to Continue filed by Defendant, DAVID KENNEDY;

IT IS ORDERED, ADJUDGED AND DECREED, that the motion is hereby GRANTED, that the deadline for the filing of a Status Report, June 26, 2025, and the Scheduling Conference, July 10, 2025 be continued without date.

THUS DONE AND SIGNED this _____ day of _____, 2025, at Baton Rouge, Louisiana.

_____
**MAGISTRATE JUDGE SCOTT D. JOHNSON**
**UNITED STATES DISTRICT COURT**