

# Baton Rouge Police Department

Report Number: **23-078179**

## Probable Cause Form

Incident Date: **08/05/2023 08:08 PM**

Arrest Date: **08/05/2023 09:23 PM**   Court Date: **Upon Notice**

Arrest Location: **4000 Mohican St, Baton Rouge LA 70805**



**STEVEN YOUNG**

| | | |
|---|---|---|
| DOB: ▇▇/1976 | R/S: B/M | DLN: 7488932 |
| Hair: Black | Eyes: Brown | SID: 1676969 |
| Height: 6' 1" | Weight: 235.00 | SSN: ▇▇▇0393 |

Location: **04911 WINNABAGO ST, BATON ROUGE LA 70805**

Phone:        Email:

Place of Birth: **Baton Rouge LA**

| Officer Badge Number | Court Day | Officer Name |
|---|---|---|
| P1272 | | David Kennedy |
| P10677 | | Joseph Carboni |
| P10385 | | JAMES THOMAS JR |
| P10703 | | Brett Usey |

Entered into AFIS



# Baton Rouge Police Department

## Probable Cause Form

Report Number: **23-078179**

Incident Date: **08/05/2023 08:08 PM**

---

**Misd**

Charge: 14:99-Reckless Operation Of A Vehicle  
Status: Complete  
Count: 1    Arrest Charge Type: 01 - PROBABLE CAUSE  
Court:  
Court Date: Upon Notice  
Offense Date: 08/05/2023  
Warrant #:  
Location: 4000 Mohican St  Baton Rouge LA 70805  
Fugitive From:  
Fugitive Comments:  
Remarks:

---

**Felony**

Charge: 14:55-Aggravated Criminal Damage To Property  
Status: Complete  
Count: 1    Arrest Charge Type: 01 - PROBABLE CAUSE  
Court:  
Court Date: Upon Notice  
Offense Date: 08/05/2023  
Warrant #:  
Location: 4000 Mohican St  Baton Rouge LA 70805  
Fugitive From:  
Fugitive Comments:  
Remarks:

---

**Felony**

Charge: 14:96-Aggravated Obstruction Of A Highway Of Commerce  
Status: Complete  
Count: 1    Arrest Charge Type: 01 - PROBABLE CAUSE  
Court:  
Court Date: Upon Notice  
Offense Date: 08/05/2023  
Warrant #:  
Location: 4000 Mohican St  Baton Rouge LA 70805  
Fugitive From:  
Fugitive Comments:  
Remarks:

---

**Misd**

Charge: 40:1023-Possession of Drug Paraphernalia  
Status: Complete  
Count: 1    Arrest Charge Type: 01 - PROBABLE CAUSE  
Court:  
Court Date: Upon Notice  
Offense Date: 08/05/2023  
Warrant #:  
Location: 4000 Mohican St  Baton Rouge LA 70805  
Fugitive From:  
Fugitive Comments:            Entered into AFIS  
Remarks:

---





# Baton Rouge Police Department

## Probable Cause Form

**Report Number:** 23-078179
**Incident Date:** 08/05/2023 08:08 PM

---

**Felony**

Charge: **14:108.1(C)-Aggravated Flight From An Officer**       Court:
Status: **Complete**
Count: **1**       Arrest Charge Type: **01 - PROBABLE CAUSE**       Court Date: **Upon Notice**
Offense Date: **08/05/2023**       Warrant #:
Location: **4000 Mohican St  Baton Rouge LA 70805**
Fugitive From:
Fugitive Comments:
Remarks:

---

**Felony**

Charge: **14:55-Aggravated Criminal Damage To Property**       Court:
Status: **Complete**
Count: **1**       Arrest Charge Type: **01 - PROBABLE CAUSE**       Court Date: **Upon Notice**
Offense Date: **08/05/2023**       Warrant #:
Location: **4000 Mohican St  Baton Rouge LA 70805**
Fugitive From:
Fugitive Comments:
Remarks:

---

**Felony**

Charge: **40:967(C)-Possession of Schedule II**       Court:
Status: **Complete**
Count: **1**       Arrest Charge Type: **01 - PROBABLE CAUSE**       Court Date: **Upon Notice**
Offense Date: **08/05/2023**       Warrant #:
Location: **4000 Mohican St  Baton Rouge LA 70805**
Fugitive From:
Fugitive Comments:
Remarks:

---

**Misd**

Charge: **14:108-Resisting An Officer**       Court:
Status: **Complete**
Count: **1**       Arrest Charge Type: **01 - PROBABLE CAUSE**       Court Date: **Upon Notice**
Offense Date: **08/05/2023**       Warrant #:
Location: **4000 Mohican St  Baton Rouge LA 70805**
Fugitive From:
Fugitive Comments:
Remarks:

⸺⸺red into AFIS

Case 3:19-cv-00886-JWD-SDJ    Document 117-8    10/09/25    Page 4 of 6



# Baton Rouge Police Department

## Probable Cause Form

Report Number: **23-078179**

Incident Date: **08/05/2023 08:08 PM**

---

**Misd**

Charge: **32:64-GENERAL SPEED LAW**   Court:
Status: **Complete**
Count: **1**   Arrest Charge Type: **01 - PROBABLE CAUSE**   Court Date: **Upon Notice**
Offense Date: **08/05/2023**   Warrant #:
Location: **4000 Mohican St  Baton Rouge LA 70805**
Fugitive From:
Fugitive Comments:
Remarks:

---

**Misd**

Charge: **32:79-IMPROPER LANE USAGE**   Court:
Status: **Complete**
Count: **1**   Arrest Charge Type: **01 - PROBABLE CAUSE**   Court Date: **Upon Notice**
Offense Date: **08/05/2023**   Warrant #:
Location: **4000 Mohican St  Baton Rouge LA 70805**
Fugitive From:
Fugitive Comments:
Remarks:

Entered into AFIS

Printed By: David Kennedy (P1272)
Print Date: 8/6/2023 1:20:41 AM          Page 4 of 6          Copyright (c) 2023 365Labs



# Baton Rouge Police Department

Report Number: **23-078179**

## Probable Cause Form

Incident Date: 08/05/2023 08:08 PM

**Synopsis of Probable Cause:**

Affiant wishes to inform the court that on August 5, 2023 at approximately 2005 hours, the defendant did knowingly and willingly violate the above listed statutes at 4000 Mohican St., which is inside the city limits of Baton Rouge and inside the limits of East Baton Rouge parish.

To wit;

On the above listed date and time, I observed a 2015 Harley Davidson bearing LA motorcycle license plate MC591618 traveling eastbound on Mohican St. I observed the vehicle was traveling at an extremely high rate of speed (in excess of 80 mph in a 25 mph residential area). This area he was traveling through is a highly populated residential area with a high amount of foot traffic, including young children. I also observed the vehicle was driving left of the center briefly

The manner which the driver and sole occupant, Steven YOUNG, was operating this motorcycle was reckless and was endangering his life, as well as the lives of civilians in the area. Due to this, I initiated a traffic stop using my emergency lights and sirens in an attempt to stop and contact YOUNG.

YOUNG looked back and observed my emergency lights and immediately began to accelerate away from the traffic stop. YOUNG continued eastbound on Mohican St. at a high rate of speed before turning southbound on Beechwood St. and immediately turning eastbound on Winnebago St.

YOUNG then disregarded the stop sign at the intersection of Winnebago St. and N. Foster Dr. and continued all the way across the street, left the roadway, and briefly drove on the sidewalk traveling northbound on N. Foster Dr.

YOUNG then turned eastbound on Conrad St. where he again accelerated to an extremely high rate of speed in a 25 mph residential area. YOUNG continued on Conrad St. before crossing over Frey St. and again leaving the roadway.

YOUNG began to hang both feet off of the motorcycle and it became apparent he was about to bail and flee from the vehicle. YOUNG then struck a residence located at 5068 Frey St. and a fence located at 5110 Frey St. YOUNG made no attempt to avoid either the structure nor the fence and it is foreseeable this action could have caused significant injury and endangered the lives of the victim of the residence, Edward MACK, as well as the life of YOUNG.

YOUNG then began to flee from the vehicle and jumped a fence traveling southbound. At this time, I unholstered my departmentally issued Taser 7 (SN - X40019W89) and gave loud verbal commands to stop and surrender and a warning if he didn't then he would be tased.     Entered into AFIS

YOUNG refused to surrender and continued to flee at which time I deployed a taser cartridge (SN - X48251RF1) which appeared to strike him at an unknown location in his back, but had no effect. I then

---

Printed By: David Kennedy (P1272)

Print Date: 8/6/2023 1:20:41 AM                Page 5 of 6                Copyright (c) 2023 365Labs



# Baton Rouge Police Department
## Probable Cause Form

Report Number: **23-078179**

Incident Date: 08/05/2023 08:08 PM

deployed my 2nd taser cartridge (SN - X493KMF43) which appeared to only have one taser probe strike his back, but again did not make good connection and had no effect.

I continued to pursue YOUNG on foot as he ran southbound. I observed him jump a fence continuing southbound before doubling back northbound. I then jumped the fence after him. I observed YOUNG appeared to slip and fall and I lost sight of him around a vehicle.

I quickly discovered YOUNG had hidden underneath the vehicle in an attempt to evade detectives. YOUNG then attempted to jump the fence and run westbound, however I was able to grab him and pull him back from the fence.

While on the ground, YOUNG was facing me and I gave him strong verbal commands to surrender and attempted to roll him over. When rolling him over, YOUNG immediately began to reach inside of his pants, which is typically where firearms are kept on a person. This action put all of the detectives in fear for their life, as we did not know if YOUNG was armed and attempting to retrieve a weapon in order to cause great bodily harm to us.

YOUNG resisted for several minutes until he was ultimately able to be handcuffed and was searched incident to arrest. Detectives located approximately 1.5 grams of Crack cocaine in his right front pocket, as well as 2 crack pipes for smoking the crack cocaine.

Detectives later booked YOUNG for 14:108.1(C) aggravated flight from an officer, 14:108 resisting an officer, 40:967(C) poss. of Sch. 2 (crack cocaine), 40:1023 poss. of drug paraphernalia, 14:55 aggravated criminal damage to property (2 counts), 32:64 general speed law, 32:79 improper lane usage, 14:99 reckless operation of a vehicle, and 14:96 aggravated obstruction of a highway of commerce.

Brett Usey (P10703)
AFFIANT

*[signature]* P10703
AFFIANT SIGNATURE

Sworn to and subscribed before me this __6th__ day of __Aug__, 20__23__.

*[signature]* P1272 / D. Kennedy #P1441
EX-OFFICIO NOTARY PUBLIC AND DEPUTY CLERK OF COURT-PARISH OF EAST BATON ROUGE