**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| STEVEN W. YOUNG, *et al.*<br>*Plaintiffs*<br><br>v.<br><br>CITY OF BATON ROUGE, *et al.*<br>*Defendants* | Docket No. 3:19-CV-00886-JWD-SDJ |

**JAMES THOMAS, JR.'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW INTO COURT, through undersigned counsel, comes Defendant, James Thomas, Jr. ("Officer Thomas"), who moves this Honorable Court for an extension of time of thirty (30) days to file pleadings in response to Plaintiff's Third Amended Complaint, until July 4, 2026.

1.

Currently, Officer Thomas' deadline to file responsive pleadings is June 4, 2026. Undersigned counsel has had an unusually heavy workload in the past few weeks and has been unable to timely respond. As this Court is aware, this lawsuit involves numerous Defendants and numerous, complex factual and legal issues and disputes. The Third Amended Complaint is forty-one (41) pages long and consists of two hundred thirty-five (235) paragraphs,1 and Officer Thomas' counsel is in need of additional time to fully and accurately respond to it. Additionally, the requested extension is brief and will not significantly or unnecessarily delay the progress of this action.

2.

All counsel were contacted on June 19, 2026, as to whether they objected to this request. Counsel for Plaintiff, Steven Young, and Defendant Brett Usey have indicated that they have no objection.  As of this date no response has been received from counsel for Ronald Norman, Jr., David Kennedy, the City of Baton Rouge, Frederick Thornton, Jr., or Joseph Carboni.  As such, no opposition has been received.

WHEREFORE, Defendant, James Thomas. Jr. moves this Honorable Court to extend the deadline to file responsive pleadings by thirty days (30) days, until July 4, 2026.

RESPECTFULLY SUBMITTED:

/s/ Randy B. Ligh
Randy B, Ligh (#22485)
ROPER LIGH, Attorneys
10935 Perkins Rd, Ste B
Baton Rouge, LA 70810
T:      225-338-9238
F:      225-224-6287
E:      randy@roperligh.com

*Attorney for James Thomas, Jr.*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion for Extension of Time to File Responsive Pleadings* was filed using the CM/ECF System. Notice of this filing will be sent to all counsel of record by operation of the Court's Electronic Filing System.

Baton Rouge, Louisiana, this 28th day of June 2026.

/s/Randy B. Ligh