**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| STEVEN W. YOUNG, *et al.*<br>　　　　　　　*Plaintiffs*<br><br>v.<br><br>CITY OF BATON ROUGE, *et al.*<br>　　　　　　　*Defendants* | Docket No. 3:19-CV-00886-JWD-SDJ |

**ORDER**

**HAVING CONSIDERED** the foregoing *Motion for Extension of Time to File Responsive Pleadings* filed by Defendant, James Thomas, Jr.;

**IT IS HEREBY ORDERED** that Defendant's *Motion* is **GRANTED**, and that Defendant James Thomas, Jr.is hereby granted an extension of thirty days (30) days, until July 4, 2026, to file pleadings responsive to Plaintiffs' *Third Amended Complaint* (R. Doc. 126).

Baton Rouge, Louisiana, this ＿＿＿ day of June, 2026.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
HONORABLE JOHN W. DEGRAVELLES
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA